**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In Re: | Chapter 7 |
| MORIN, MICHAEL C. | Case No. 09-16573-REG |
| Debtor. | |

---

### STIPULATION AND ORDER EXTENDING TIME TO FILE MOTION PURSUANT TO SECTION 707 OR SECTION 727 OF THE BANKRUPTCY CODE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the time period within which the Trustee may object to the debtor(s) discharge pursuant to 11 U.S.C. §727 and the time within which the Trustee may file a motion pursuant to 11 U.S. C. §707 are hereby extended until February 4, 2010.

Dated: NEW YORK, NEW YORK
December 3, 2009

/S/ JOHN S. PEREIRA, Trustee

JOHN S. PEREIRA (tjp4856)
TRUSTEE
150 EAST 58TH STREET
14TH FLOOR
NEW YORK, NEW YORK 10155

Dated: NEW YORK, NEW YORK
December 3, 2009

BY:/s/ Richard L. Stern

Richard L. Stern
Macco & Stern
135 Pinelawn Road
Suite 120 South
Melville, NY 11747

SO ORDERED:
Dated: NEW YORK, NEW YORK
This _____day of        ,2009

_____
UNITED STATES BANKRUPTCY JUDGE

```
. 09-16573                06
```

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:

MORIN, MICHAEL C.

                              Debtor.

**STIPULATION AND ORDER EXTENDING TRUSTEE'S TIME TO FILE COMPLAINT
OBJECTING TO THE DEBTOR'S DISCHARGE**


                              Trustee

December 3, 2009

Honorable ROBERT E. GERBER
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004

                        Re: **MORIN, MICHAEL C.,**
                            Case #.: **09-16573 REG**

Dear Judge :

    Enclosed please find an original **STIPULATION AND ORDER EXTENDING TRUSTEE'S TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE** in the above-reference matter for signature by the Court. Also enclosed is a disk and a Chamber copy.

                            Respectfully yours,


                            John S. Pereira
                            Chapter 7 Trustee

JSP:cs
enclosure